UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADINE MENENDEZ,

        Plaintiff,

-against-

CHIPOTLE SERVICES, LLC, CHIPOTLE MEXICAN GRILL, INC. AND EDDY CEBALLO,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2024

24 Civ. 4999 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated November 5, 2024, the Court granted the parties leave to submit a proposed revised discovery order by November 11, 2024. ECF No. 23. To date, the Court has received no such submission. Accordingly, absent a request for a revised discovery order that demonstrates good cause for failing to meet the November 11 deadline, the discovery schedule at ECF No. 16 shall remain in effect.

    SO ORDERED.

Dated: November 13, 2024
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge